CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 24 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CAROLYN DEMUTH,<br>                *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>                *Defendant* | CIVIL NO. 3:08cv00057<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On June 4, 2009, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Plaintiff subsequently filed a motion for summary judgment [docket no. 8], and the Commissioner filed a motion to remand for further proceedings [docket no. 12]. On August 20, 2009, the Magistrate Judge filed a Report and Recommendation ("Report") [docket no. 13]. In the Report, Judge Crigler noted that the Plaintiff did not object to the Commissioner's motion, and recommended that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. After a review of the entire record in this case, and no objection having been filed to the Report, I adopt the Report in its entirety.

Accordingly:

1. the August 20, 2009 Report shall be, and it hereby is, ADOPTED in its entirety;

2. this case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report;

3. this case is hereby DISMISSED and shall be TERMINATED and STRICKEN from

the Court's active docket.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This 24th day of August, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE